P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FORM 3 1
PRIVATE USE

PRESORTED
FIRST CLASS

US POSTAGE ≫ PITNEY BOWES

ZIP 78701
02 1W
0001401623 OCT 15 2015

$000.41⁶

IN TEXAS
DALLAS 750
29 OCT '15

RE: WR-83,334-01

ROLAND HAYES SCHULTZ III
TDC #